JOCHAN H. WITTIGSCHLAGER, Appellant, *v.* HENRY G. FISK et al., Respondents.

(Argued April 29, 1886 ; decided June 1, 1886.)

*Samuel Cohen* for appellant.

*B. F. Watson* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.